# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:    Case No. 13 B 47767

    Sharron Antoinette Lee

    Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/13/2013.

2) The plan was confirmed on 03/04/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/04/2014, 03/04/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/17/2014, 09/22/2014, 02/24/2015, 06/30/2015, 04/04/2016.

5) The case was Dismissed on 04/26/2016.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,150.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,150.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,040.20 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $109.80 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,150.00

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Allied Interstate | Unsecured | 732.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 1,773.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance LLC | Unsecured | 1,296.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 1,059.00 | 1,049.87 | 1,049.87 | 0.00 | 0.00 |
| Carson Pierre Scott/HSBC | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services LLC | Unsecured | 387.00 | 560.02 | 560.02 | 0.00 | 0.00 |
| Cbe Group | Unsecured | 1,911.00 | NA | NA | 0.00 | 0.00 |
| Certegy | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| Charter ONE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,500.00 | 930.00 | 930.00 | 0.00 | 0.00 |
| Credit Management | Unsecured | 487.00 | NA | NA | 0.00 | 0.00 |
| Credit Management | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & A (Original Credito | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Cybrcollect (Original Creditor:01 John R | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| Cybrcollect Inc | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 12,361.00 | 12,722.12 | 12,722.12 | 0.00 | 0.00 |
| Dependon Collection Se (Original Credito | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Ed/Sallie Mae | Unsecured | 9,948.00 | NA | NA | 0.00 | 0.00 |
| Escallate Llc (Original Creditor:Emp Of | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| Gen Lend Svc | Unsecured | 881.00 | NA | NA | 0.00 | 0.00 |
| Genesis | Unsecured | 881.00 | NA | NA | 0.00 | 0.00 |
| Genesis | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| Genesis | Unsecured | 881.00 | NA | NA | 0.00 | 0.00 |
| Genesis | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| Genesis Financial Solutions Inc | Unsecured | 1,175.00 | NA | NA | 0.00 | 0.00 |
| Heritage Acceptance Corporation | Unsecured | 7,696.00 | NA | NA | 0.00 | 0.00 |
| Home Choice | Unsecured | 1,209.00 | NA | NA | 0.00 | 0.00 |
| housing authority of joliet | Unsecured | 4,242.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 689.00 | 689.32 | 689.32 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Integrity Solution Svc | Unsecured | 1,050.00 | NA | NA | 0.00 | 0.00 |
| Merchants & Medcal | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| Merchants And Med Cr | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 0.00 | 1,089.48 | 1,089.48 | 0.00 | 0.00 |
| Mutl H Clctn | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| Norman P Goldmeier | Unsecured | 2,300.00 | NA | NA | 0.00 | 0.00 |
| Paul Lawent | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PLS Loan Store | Unsecured | 473.30 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 894.00 | 894.00 | 894.00 | 0.00 | 0.00 |
| Public Storage INC | Unsecured | 342.00 | 424.03 | 424.03 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 212.15 | 212.15 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 362.00 | 1,175.27 | 1,175.27 | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Richard A Magnone | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 84.00 | 84.37 | 84.37 | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| Strack & Van Til | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| Strack & Van Til | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| Sun Cash | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| T Mobile | Unsecured | 85.36 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Titlemax Of Illinois Inc d/b/a TitleMax | Secured | 2,300.00 | 2,702.74 | 2,702.74 | 0.00 | 0.00 |
| Torres Crdit | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Management | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Uptown Cash | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| West Bay Acq | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| Wood Forest National Bank | Unsecured | 1.00 | 744.27 | 744.27 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,702.74 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,702.74** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$20,574.90** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $3,150.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$3,150.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/06/2016                    By: /s/ Marilyn O. Marshall
                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**